IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| KAYE M. BRADSHAW, as Personal, Representative of the Estate of RONALD L. BRADSHAW, and KAYE M. BRADSHAW, individually, <br><br> Plaintiffs, <br><br> v. <br><br> FORD MOTOR COMPANY, and USAA CASUALTY INS. CO. <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) CIVIL ACT. No.: 2:18-cv-83-ECM (WO) |

**O R D E R**

Now pending before the court is Plaintiff Kaye Bradshaw's motion to dismiss her individual, direct personal injury claims against Defendant Ford Motor Company (doc. 86) filed on September 25, 2019. Defendant Ford has no objection to dismissal. Accordingly, upon consideration of the motion to dismiss pursuant to Federal Rule of Civil Procedure 41(a)(2), and for good cause, it is

ORDERED that the motion to dismiss (doc. 86) is GRANTED, and Plaintiff Kaye Bradshaw's individual, direct personal injury claims against Defendant Ford Motor Company are DISMISSED with prejudice. All other claims remain pending.

DONE this 30th day of September, 2019.

/s/ Emily C. Marks
EMILY C. MARKS
CHIEF UNITED STATES DISTRICT JUDGE