IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| KAYE BRADSHAW, individually, and as Personal Representative of the Estate of RONALD L. BRADSHAW, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | CIVIL ACT. No.: 2:18-cv-83-ECM (WO) |
| FORD MOTOR COMPANY, and USAA CASUALTY INS. CO. | ) ) ) | |
| Defendants. | ) | |

**O R D E R**

On September 30, 2019, the parties notified the Court that the Plaintiff has reached a settlement of all remaining claims against Defendant Ford Motor Company. (Doc. 88). Accordingly, and for good cause, it is

ORDERED that on or before **October 28, 2019**, the parties shall file a joint stipulation of dismissal. It is further

ORDERED that Defendant Ford Motor Company's motion for summary judgment and motion to exclude opinions (docs. 35 & 37) and the Plaintiff's motion for a Daubert hearing (doc. 70) are denied as moot.

The Plaintiff's claims against Defendant USAA remain pending.

DONE this 1st day of October, 2019.

/s/ Emily C. Marks
EMILY C. MARKS
CHIEF UNITED STATES DISTRICT JUDGE