IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| KAYE BRADSHAW, individually, and as Personal Representative of the Estate of RONALD L. BRADSHAW, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | CIVIL ACT. No.: 2:18-cv-83-ECM (WO) |
| FORD MOTOR COMPANY, and USAA CASUALTY INS. CO. | ) ) ) | |
| Defendants. | ) | |

**O R D E R**

The Plaintiff has settled her claims against Defendant Ford Motor Company. Her remaining claims against Defendant USAA Casualty Insurance Company remain pending and are set for trial on October 21, 2019. Accordingly, it is

ORDERED that the remaining parties shall jointly prepare a revised proposed pretrial order, and the Plaintiff shall ensure that the original of the proposed pretrial order is received by the court **no later than October 10, 2019,** by transmitting an electronic copy of the proposed pretrial order to the court as an attachment to an email message sent to propord_marks@almd.uscourts.gov. For this purpose, the electronic copy should be in WordPerfect or Word format and not in Adobe Acrobat PDF format.

DONE this 3rd day of October, 2019.

/s/ Emily C. Marks
EMILY C. MARKS
CHIEF UNITED STATES DISTRICT JUDGE